GRACE B. GUGGENHEIM, Appellant, *v.* WILLIAM GUGGENHEIM, Respondent.

*Guggenheim* v. *Guggenheim*, 135 App. Div. 914, affirmed.
(Argued March 23, 1911; decided April 7, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 8, 1909, affirming a judgment in favor of defendant entered upon the report of a referee in an action for divorce.

*John J. Lordan* for appellant.

*Samuel Untermyer* and *Louis Marshall* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.

---

ALBERT R. BRANDLY, Respondent, *v.* AMERICAN BUTTER COMPANY, Appellant.

*Brandly* v. *American Butter Co.*, 134 App. Div. 964, affirmed.
(Argued March 23, 1911; decided April 7, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 22, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action for services.

*Schuyler C. Carlton* and *John P. Everett* for appellant.

*Benjamin N. Cardozo* and *Nathan Ottinger* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.